IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORIGINAL

FILED
AUG - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RUSSELL KAEMMERLING, 04899-017 §
DANIEL SILER, 10183-078 §
RODNEY DOGGETT, 83059-080 §
BRIAN CULWELL, 66552-079 §
and RONNIE TRIPLETT, 15692-064 §
    Plaintiffs, §
    § CASE NUMBER 1:06CV01389
v. §
    § JUDGE: Reggie B. Walton
HARLEY LAPPIN, DIRECTOR, §
FEDERAL BUREAU OF PRISONS, § DECK TYPE: TRO/Preliminary Injunction
and ALBERTO GONZALES, §
U.S. ATTORNEY GENERAL, § DATE STAMP: 08/__/2006
    Defendants. §

PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
MOTION FOR APPOINTMENT OF INTERIM & CLASS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, PLAINTIFFS, Pro Se, individually and as representatives of all those similarly situated, pursuant to Plaintiffs' Original Complaint, and request this Court Order: (1) Class Certification, (2) Interim Counsel, and (3) Class Counsel.

Plaintiffs bring their claims herein pursuant to Federal Rule of Civil Procedure 23, on their own behalf and on behalf of all others similarly situated. The Class will consist of all persons who: (1) are, (2) have been, or (3) will be, subjected to submit DNA samples pursuant to § 14135a, regardless of their current custody status. Being an inmate is not prerequisite for class membership, but rather, class members may be inmates or in federal custody.

-1-

Regarding numerosity, Plaintiffs believe the Class consists of (approximately) 188,000 persons in federal custody, plus tens of thousands who are either on supervised release or have been convicted of federal offenses and await sentencing.

Regarding commonality, all persons: (1) currently in federal custody, (2) coming into the federal system, or (3) on supervised release, as a result of committing a federal offense is ensnared by the overreaching, overbroad, and unconstitutionaly vague amended Act.

Plaintiffs Kaemmerling and Culwell represent a class of first time offenders serving a sentence for a white collar offenses, with no criminal history. Plaintiffs Doggett and Siler represent a class of first time offenders serving sentences for drug offenses, with no criminal history. Plaintiff Triplett represents a class of repeat non-violent offenders serving a sentence for firearm possession, with a non-violent criminal history. NO reasonable nexus exists to link Plaintiffs and those similarly situated to a legitimate or compelling govermental need to collect DNA samples.

Plaintiffs move this Court for an Order GRANTING class certification and further for an Order appointing both interim and class counsel. It is so Prayed.

I certify under penalty of perjury and the laws of the

United States, that the statements contained herein are true and correct to the best of my knowledge and belief.

Respectfully Submitted,

_____
Russell Kaemmerling 04899-017
F.C.I.   SEA.   P.O. Box 9000
Seagoville, Texas   75159-9000

_____
Ronnie G. Triplett 15692-064
F.C.I.   SEA.   P.O. Box 9000
Seagoville, Texas 75159-9000

_____
Rodney S. Doggett #83059-080
F.C.I.   SEA.   P.O. Box 9000
Seagoville, Texas 75159-9000

_____
Daniel R. Siler   # 10183-078
F.C.I.   SEA.   P.O. Box 9000
Seagoville, Texas 75159-9000

_____
Brian Culwell    # 66552-079
F.C.I.   SEA.   P.O. Box 9000
Seagoville, Texas 75159-9000

PLAINTIFFS PRO SE