UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
RUSSELL KAEMMERLING, *et al.*,  :
:
:
Plaintiffs,  :
:
v.  :  Civil Action No. 06-1389 (RBW)
:
HARLEY LAPPIN, *et al.*,  :
:
Defendants.  :
_____:

**ORDER DIRECTING DEFENDANTS TO RESPOND
TO PLAINTIFFS' MOTIONS FOR INJUNCTIVE RELIEF**

Plaintiffs, who describe themselves as Evangelical Christians, are federal prisoners incarcerated at the Federal Correctional Institution in Seagoville, Texas. Prison officials intend to collect DNA samples from them pursuant to the DNA Analysis Backlog Elimination Act of 2000, *see* 42 U.S.C. § 14135 *et seq.*[1] Plaintiffs allege that their voluntary or involuntary submission to DNA sampling conflicts with their sincerely held religious beliefs. Enforcement of the DNA Analysis Backlog Elimination Act, plaintiffs argue, violates the Religious Freedom Restoration Act, *see* 42 U.S.C. § 2000bb-1 *et seq.*, as well as rights protected under the First, Fourth, and Fifth Amendments to the United States Constitution.

Now before the Court are plaintiffs' motions for a preliminary injunction and temporary

---

[1] "The Director of the Bureau of Prisons shall collect a DNA sample from each individual in the custody of the Bureau of Prisons who is, or has been, convicted of a qualifying Federal offense." 42 U.S.C. § 14135a(a)(1). Qualifying offenses include murder, sexual abuse, robbery, and other violent offenses. 42 U.S.C. § 14135a(d).

1

restraining order. *See* Complaint at 24-25 (Request for Preliminary Injunction); Plaintiff's Motion for Temporary Restraining Order. Injunctive relief is an extraordinary remedy, and plaintiffs bear a substantial burden to obtain it. *See Herrera v. Riley*, 886 F.Supp. 45 (D.D.C. 1995). Plaintiffs' allegations are serious, and are deserving of further inquiry. The Court will not issue a decision, however, without first giving defendants an opportunity to respond.

     Accordingly, it is hereby

     ORDERED that defendants shall file a response to plaintiffs' motions for injunctive relief not later than Thursday, August 17, 2003 at 5:00 p.m.

     SO ORDERED.

                                                                               /s/
                                          REGGIE B. WALTON
                                          United States District Judge

Date: August 14, 2006