UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, ET AL., )
                              )
       v.                     )   Case No. 06-CV-1389 (RBW)
                              )
HARLEY LAPPIN, ET AL.         )
                              )
_____)

## DECLARATION OF SCOTT CROW

I, Scott Crow, declare the following to be a true and correct statement of facts:

1. I am a Registered Nurse at the Federal Correctional Institution (FCI) located in Seagoville, Texas.

2. The statements made herein are made on the basis of knowledge acquired through the performance of my official duties. My official duties include serving as the Infection Control Officer for FCI Seagoville. As part of my duties, I schedule inmates for DNA sample collection. In performing my official duties, I have access to Federal Bureau of Prisons' records, maintained in the ordinary course of business, and regarding federal prisoners including, but not limited to, the Bureau's SENTRY computer database and inmate central and medical files.

3. FCI Seagoville schedules the collection of DNA samples from inmates approximately one year prior to their release from custody or transfer to a halfway house.

4. In connection with the instant case filed by FCI Seagoville inmates Russell Kaemmerling, Register Number 04899-017, Ronnie Triplett, Register Number 15692-064, Rodney Doggett, Register Number 83059-080, Brian Culwell, Register Number 66552-079, and Daniel Siler, Register Number 10183-078, I reviewed the plaintiffs' records to determine when each plaintiff is scheduled for release

from custody or transfer to a halfway house.

5. My search revealed none of the plaintiffs are currently scheduled for release from custody or transfer to a halfway house within one year from today. Accordingly, none of them are currently scheduled for collection of a DNA sample.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 15th day of August, 2006.

Scott Crow
Registered Nurse
FCI Seagoville
2113 N. Highway 175
Seagoville, TX 75159

2