UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL KAEMMERLING, et. al, | ) ) ) |
| Plaintiffs, v. | ) ) ) Case No: 06-1389 (RBW) |
| HARLEY LAPPIN, DIRECTOR OF FEDERAL BUREAU OF PRISIONS, et. al | ) ) ) ) |
| Defendants. | ) ) |

ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____ day of _____, 2006,

ORDERED, that Plaintiffs' complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
United States District Court Judge