UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RUSSELL KAEMMERLING, et. al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No: 06-1389 (RBW) |
| HARLEY LAPPIN, DIRECTOR OF FEDERAL BUREAU OF PRISIONS, et. al | ) ) ) ) | |
| Defendants. | ) ) ) | |

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Defendants Harley Lappin, Director of the Bureau of Prisons ("BOP"), and Alberto Gonzales, United States Attorney General, through counsel, respectfully move this Court pursuant to Rule 6(b), Fed. R. Civ. P., to enlarge the time to reply in support of Defendants' motion to dismiss the complaint regarding the enforcement of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. §14135) ("the DNA Act").

The undersigned did not receive ECF notification of the filing of either the Court's Order denying the Plaintiffs' requested TRO or the *pro se* prisoners' opposition to the motion to dismiss. The Plaintiffs' Opposition was docketed on August 31, 2006 and the due date for a reply was September 15, 2006. Because the undersigned did not receive ECF notification, she was unaware of Plaintiffs' filing date. Therefore, Defendants request that they be allowed to file their reply today, September 21, 2006.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which

Dated: September 21, 2006          Respectfully submitted,


/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

---

excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that
Rule requires "[c]ounsel (including any <u>nonprisoner</u> *pro se* party)" to meet and confer prior to a
scheduling conference.  LCvR 16.3(a) (emphasis added).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing DEFENDANTS' REPLY IN SUPPORT OF

MOTION TO DISMISS was mailed first class postage prepaid, this 21st day of September, 2006

to:

Russell Kaemmerling, #04899-017
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Rodney S. Doggett, #83059-080
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Brian Culwell #66552-079
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Ronnie G. Triplett #15692-064
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Daniel R. Biler # 10183-078
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153