UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, et al., §
Plaintiffs §
§
v. § Civil Action No.: 06-1389 (RBW)
§
HARLEY LAPPIN, et al. §
Defendants §

AFFIDAVIT OF SERVICE

I, Russell Kaemmerling, hereby declare that on the 11th day of August, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Harley Lappin. Attached hereto is the certified green card acknowledging service.

*[signature]*

Russell Kaemmerling, pro se
Reg. No. 04899-017
P. O. Box 9000
Seagoville, TX 75159

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

HARRY LAPPIN
DIRECTOR BUREAU OF PRISONS
MAIN JUSTICE BUILDING 950 PENNSYLVANIA AVE NW
WASHINGTON DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                    AUG 1 8 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number  7000 1670 0004 3962 1615
   (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, et al.,  §
Plaintiffs                    §
                              §
v.                            §  Civil Action No.: 06-1389 (RBW)
                              §
HARLEY LAPPIN, et al.         §
Defendants                    §

AFFIDAVIT OF SERVICE

I, Russell Kaemmerling, hereby declare that on the 11th day of August, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attorney. Attached hereto is the certified green card acknowledging service.

*/s/ Russell Kaemmerling*
Russell Kaemmerling, pro se
Reg. No. 04899-017
P. O. Box 9000
Seagoville, TX 75159

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>AUG 2 1 2006 |
| 1. Article Addressed to:<br>U S ATTORNEY<br>501 3RD ST NW<br>WASHINGTON DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| 2. Article Number  7000 1670 0004 3962 1622<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, et al., §
Plaintiffs §
§
v. § Civil Action No.: 06-1389 (RBW)
§
HARLEY LAPPIN, et al. §
Defendants §

AFFIDAVIT OF SERVICE

I, Russell Kaemmerling, hereby declare that on the 11th day of August, 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Alberto Gonzales. Attached hereto is the certified green card acknowledging service.

*Russell Kaemmerling*
Russell Kaemmerling, pro se
Reg. No. 04899-017
P. O. Box 9000
Seagoville, TX 75159

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALBERTO GONZALES
U S ATTORNEY GENERAL
DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 1 7 2006

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number  7000 1670 0004 8742 5562
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540