UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, et al, §
Plaintiff §
§
v. §
§ Civil No. 06-1389 (RBW)
HARLEY LAPPIN, et al §
Defendant §

RECEIVED
OCT 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Appeal to appeal the apparent denial of a request for Temporary Injunction to prevent the forced extraction of DNA during the pendency of the proceedings.

At approximately 2:00 p.m., Thursday, October 12, 2006 co-plaintiff Alan Malloy was informed he would be required to submit to DNA sampling the following morning at 8:30 a.m.. He was further informed that the Bureau of Prisons legal counsel had ordered the sampling. All of this is contrary to the affidavit presented by Bureau of Prisons employee Scot Crow, and presented to the Court, stating no scheduled sampling was pending for any Plaintiff.

Plaintiff Malloy called the Court to enquire as to the status of his motion to intervene and the requested temporary injunction. He was told by the Clerk of the Court that the motion to intervene was approved and that the request for temporary injunctive relief had been denied. This came as a complete surprise to all Plaintiffs, not one of whom has received any order from the Court to indicate denial.

Plaintiffs request the Judge order the Clerk of the Court to send any and all orders upon issuance. Specifically, Plaintiffs request a copy of the denial of injunctive relief.

Respectfully submitted,

*(signature)*
Rodney Doggett
#83059-080
P. O. Box 9000
Seagoville, TX 75159-9000

*(signature)*
Russell Kaemmerling
#04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

*(signature)*
Daniel Siler
#10183-078
P. O. Box 9000
Seagoville, TX 75159-9000

*(signature)*
Brian Culwell
#66552-079
P. O. Box 9000
Seagoville, TX 75159-9000

*(signature)*
Ronnie Triplett
#15692-064
P. O. Box 9000
Seagoville, TX 75159-9000

*(signature)*
Alan Malloy
#52505-080
P. O. Box 9000
Seagoville, TX 75159-9000