October 18, 2006



OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of the Court
United States District Court
333 Constitution Ave.,N.W.
Washington, DC 20001

RE: Kaemmerling, et al. v Lappin, et al. Cause No: 06-1389(RBW)

Dear Clerk of the Court,

   I am submitting this "Change of Address" so that it can be entered into the Court's records. I am being transferred from F.C.I. Seagoville, Texas to F.P.C. La Tuna, Texas. I will be in transit for an indeterminate amount of days. I am requesting the Court hold any correspondence until I send notification to the Court that I have arrived at my destination.

   The new address will be:

>       Rodney S. Doggett
>       83059-080
>       P.O. Box 8000
>       F.P.C. La Tuna
>       Anthony, Texas 88021

   Thank you in advance for your time and attention with this matter.

Respectfully Submitted,

*Rodney S Doggett*
Rodney S. Doggett