UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL KAEMMERLING, et. al, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>HARLEY LAPPIN, DIRECTOR OF )<br>FEDERAL BUREAU OF PRISONS, )<br>et. al )<br>)<br>Defendants. )<br>) | Case No.: 06-1389 (RBW) |

**MOTION TO REMOVE FROM DOCKET PLAINTIFFS' MISTAKEN FILING**

Defendants Harley Lappin, Director of the Bureau of Prisons, and Alberto Gonzales, United States Attorney General, through counsel, respectfully notify the Court and the Plaintiffs that it is apparent that on October 23, 2006, the Plaintiffs erroneously filed to the wrong case "Plaintiffs' Opposition to Defendants' Motion to Dismiss." Docket #18. Although the case number is of the the instant action, the caption, plaintiffs, defendants, and issues are clearly not.

Indeed, the capture of Plaintiff's opposition states Rodney Doggett, et al v. Alberto Gonzales, et al. rather than properly stating Russell Kaemmerling v. Harley Lappin, Director of Federal Bureau of Prisons, et. al. See Opposition's Caption. Plaintiffs include Gary Callahan as a plaintiff even though he is not a plaintiff in the case. See Opposition at 1; Complaint at 1. Plaintiffs also erroneously exclude Harley Lappin as a defendant, and incorrectly include F. James Sensenbrenner, Jay Apperson, Leonidas Mecham, Donna Bucella, Ricardo Hinjosa, Johnny Sutton, and Chuck Rosenberg as defendants in this case. Opposition at 2. Plaintiffs failed to properly address or respond to all of the grounds for dismissal raised in the defendants' motion to dismiss. Finally, Plaintiffs had already filed an opposition to Defendants' Motion to

Dismiss on August 31, 2006 and Defendants' has already filed a reply on September 21, 2006. Docket # 9 and 12.

 For the above reasons, it is apparent that on October 23, 2006, Plaintiffs mistakenly filed an opposition to a motion to dismiss in the wrong case. Defendants respectfully request that this Court remove from the docket that filing as erroneous. Because plaintiffs are prisoners appearing *pro se*, counsel for defendants has not contacted them regarding this motion.[1]

November 6, 2006      Respectfully Submitted,

              _____/s/_____
              JEFFREY A. TAYLOR, D.C. BAR # 498610
              United States Attorney

              _____/s/_____
              RUDOLPH CONTRERAS, D.C. BAR # 434122
              Assistant United States Arrorney.

              _____/s/_____
              ANDREA McBARNETTE, D.C. BAR # 483789
              Assistant United States Attorney
              555 Fourth Street, N.W.
              Washington, D.C. 20530
              (202) 514-7153

Alma Lopez
Assistant General Counsel
Office of General Counsel
Bureau of Prisons

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a), which excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any <u>nonprisoner</u> *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION TO REMOVE FROM DOCKET PLAINTIFFS' MISTAKEN FILING** and proposed Order, was mailed first class postage prepaid, on November 6, 2006 to:

Russell Kaemmerling, #04899-017
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Rodney S. Doggett, #83059-080
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Brian Culwell #66552-079
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Ronnie G. Triplett #15692-064
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

Daniel R. Biler # 10183-078
FCI SEA  P.O. Box 9000
Seagoville, Texas 75159-9000

_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153