23 October 2006

Chief Postal Inspector
United States Postal Service
475 L'Enfant Plaza, SW
Washington, DC 20260-0001

RE: Request for Criminal Investigation

Currently, I am involved in civil litigation in the United States District Court for the District of Columbia in a case styled RUSSELL KAEMMERLING, et al v. HARLEY LAPPIN, et al, Case No. 06-1389. The two defendants are represented by Assistant United States Attorney for the District of Columbia, Andrea McBarnette. The six co-plaintiffs are all represented pro se.

The Court recently sent a current Civil Docket sheet indicating the pleadings filed and orders of the Court issued in this case. A copy is attached. Five of the documents, indicated by highlight on the Docket Sheet, have not been received by any of the Plaintiffs involved.

The Federal Rules of Civil Procedure require notice be given to all parties in any action filed into the Court or by the Court. The attorneys are required to certify to the Court that copies of any submissions have been mailed via U.S. mail to the opposing parties.

The two entities involved, the U.S. District Court for the District of Columbia and the U.S. Attorney's Office for the District of Columbia, are both highly credible, very professional organizations who know the requirements under the law. The only conclusion that can be drawn is that the failure of the plaintiffs to receive the appropriate documents is in the delivery system utilized, the United States Postal Service.

Since tampering with the mail is a criminal offense under Title 18 of the United States Code, I am requesting a full investigation to determine exactly who is tampering with the mail and preventing its delivery. I am prepared to file whatever documents are necessary to see this matter pursued to the full extent of the law.

Thank you for your assistance. I look forward to your response.

Respectfully,


Russell Kaemmerling
#04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

COPY:    U.S. District Court for the District of Columbia
         Andrea McBarnette, Assistant United States Attorney
         U.S. Postmaster for the District of Columbia
         U.S. Postmaster, Seagoville, Texas

JURY, PROSE-PR, TYPE-F

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-01389-RBW
### Internal Use Only

KAEMMERLING et al v. LAPPIN et al
Assigned to: Judge Reggie B. Walton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/03/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**
RUSSELL KAEMMERLING

represented by RUSSELL KAEMMERLING
R04899-017
P.O. Box 9000
Seagoville, TX 75159
PRO SE

**Plaintiff**
DANIEL SILER

represented by DANIEL SILER
R10183-078
P.O. Box 9000
Seagoville, TX 75159-9000
US
PRO SE

**Plaintiff**
RODNEY DOGGETT

represented by RODNEY DOGGETT
83059-080
P.O. Box 9000
Seagoville, TX 75159
US
PRO SE

**Plaintiff**
BRIAN CULWELL

represented by BRIAN CULWELL
R66552-079
P.O. Box 9000
Seagoville, TX 75159
US
PRO SE

**Plaintiff**
RONNIE TRIPLETT

represented by RONNIE TRIPLETT
P.O. Box 9000
Seagoville, TX 75159-9000
US
PRO SE

V.

**Defendant**
HARLEY LAPPIN
*Director Federal Bureau of Prisons*

represented by Andrea McBarnette
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7153
Email: andrea.mcbarnette@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ALBERTO GONZALES**  
*United States Attorney General*

represented by **Andrea McBarnette**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

<u>Movant</u>

**ALAN MOLLOY**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/03/2006 | 1 | COMPLAINT against HARLEY LAPPIN, ALBERTO GONZALES (Filing fee $ 350) filed by RUSSELL KAEMMERLING, DANIEL SILER, RODNEY DOGGETT, BRIAN CULWELL, RONNIE TRIPLETT.(td, ) (Entered: 08/08/2006) |
| 08/03/2006 | 2 | NOTICE OF RELATED CASE by RUSSELL KAEMMERLING, DANIEL SILER, RODNEY DOGGETT, BRIAN CULWELL, RONNIE TRIPLETT. Case related to Case No. 06-575 RBW. (td, ) (Entered: 08/08/2006) |
| 08/03/2006 | 3 | MOTION for Temporary Restraining Order by RUSSELL KAEMMERLING, DANIEL SILER, RODNEY DOGGETT, BRIAN CULWELL, RONNIE TRIPLETT. (td, ) (Entered: 08/08/2006) |
| 08/03/2006 | 4 | MOTION for class certification and appointment of interim & class counsel by RUSSELL KAEMMERLING, DANIEL SILER, RODNEY DOGGETT, BRIAN CULWELL, RONNIE TRIPLETT. (td, ) (Entered: 08/08/2006) |
| 08/03/2006 |  | SUMMONS (3) Issued as to HARLEY LAPPIN, ALBERTO GONZALES, U.S. Attorney (td, ) (Entered: 08/08/2006) |
| 08/14/2006 | 5 | ORDER directing defendants to file a response to plaintiffs' motions for injunctive relief by August 17, 2006 at 5 p.m. Signed by Judge Reggie B. Walton on 8/14/06. (ms, ) (Entered: 08/14/2006) |
| 08/17/2006 | 6 | MOTION to Dismiss by HARLEY LAPPIN, ALBERTO GONZALES. (Attachments: # Exhibit A, Crow Declaration# 2 Text of Proposed Order)(McBarnette, Andrea). (Entered: 08/17/2006) |
| 08/17/2006 | 7 | Memorandum in opposition to re 3 MOTION for Temporary Restraining Order filed by HARLEY LAPPIN, ALBERTO GONZALES; (See document no 6 for image) (td, ) (Entered: 08/30/2006) |
| 08/31/2006 | 8 | MOTION to Intervene as a plaintiff by ALAN MOLLOY. (td, ) (Entered: 08/31/2006) |
| 08/31/2006 | 9 | Memorandum in opposition to re 6 MOTION to Dismiss filed by RUSSELL KAEMMERLING, DANIEL SILER, RODNEY DOGGETT, BRIAN CULWELL, RONNIE TRIPLETT. (jf, ) (Entered: 09/05/2006) |
| 08/31/2006 | 10 | REPLY to opposition to motion re 3 MOTION for Temporary Restraining Order filed by RUSSELL KAEMMERLING, DANIEL SILER, RODNEY DOGGETT, BRIAN CULWELL, RONNIE TRIPLETT. (to view document, click on link #9 ) (jf, ) (Entered: 09/05/2006) |
| 09/11/2006 | 11 | ORDER denying 3 Motion for TRO. Signed by Judge Reggie B. Walton on 9/8/06. (ms, ) (Entered: 09/11/2006) |
| 09/21/2006 | 12 | REPLY to opposition to motion re 6 MOTION to Dismiss *and Opposition to Motion for TRO* filed by HARLEY LAPPIN, ALBERTO GONZALES. (McBarnette, Andrea) (Entered: 09/21/2006) |
| 09/21/2006 | 13 | MOTION for Extension of Time to File Response/Reply by HARLEY LAPPIN, ALBERTO GONZALES. (McBarnette, Andrea) (Entered: 09/21/2006) |
| 09/22/2006 | 14 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 8/17/06., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to HARLEY LAPPIN served on 8/18/2006, answer due 10/17/2006; RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 8/21/2006, answer due 10/20/2006 (td, ) (Entered: 09/26/2006) |
| 09/25/2006 |  | MINUTE ORDER: Defendants' 13 Motion for Extension of Time to File Response/Reply is granted nunc pro tunc. Signed by Judge Reggie B. Walton on 9/25/06. (ms, ) (Entered: 09/25/2006) |
| 09/26/2006 | 15 | MOTION requiring Bureau of Prisons to provide access to electronic Legal Library by RUSSELL KAEMMERLING. (td, ) (Entered: 09/26/2006) |