November 6, 2006


United States District Court
333 Constitution Ave., N.W.
Washington, DC  20001



Rodney S. Doggett
83059-080
Federal Prison Camp La Tuna
P.O. Box 8000
Anthony, Texas 88021

*RBW*

RE: Change of Address / Civil Action No. 06-01389


Dear Court Clerk,

    I am notifying the Court of my change of address.  I am requesting my new address be entered in to the Court's records.  My new address is:


        Rodney S. Doggett
        83059-080
        Federal Prison Camp La Tuna
        P.O. Box 8000
        Anthony, Texas 88021

Thank you in advance for your time and assistance with this matter.


                    Respectfully Submitted

                    *Rodney S. Doggett*
                    Certificate of Service

I certify that I have mailed a true and correct copy for this notice to the United States Attorney's Office, 555 Fourth Street, N.W., Washington, DC 20001; first class pre-paid postage on the 6th day of November, 2006.

Signed
*Rodney S. Doggett*