UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RUSSELL KAEMMERLING, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 06-1389 (RBW) |
| HARLEY LAPPIN, *et al.*, | : | |
| Defendants. | : | |

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #6] is GRANTED.  It is further

ORDERED that the other pending motions [Dkt. # 4, 8, 15] are DENIED as moot.  It is further

ORDERED that defendants' motion to remove from docket plaintiff's mistaken filing [Dkt. #19] is GRANTED, and "Plaintiffs' Opposition to Defendants' Motion to Dismiss" [Dkt. #18] is STRICKEN.  It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date: November 30, 2006