UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL KAEMMERLING, et al,  §
Plaintiff                    §
                             §
v.                           §   Civil No. 06-1389 (RBW)
                             §
HARLEY LAPPIN, et al         §
Defendants                   §

RECEIVED
FEB - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

Russell Kaemmerling, pro se, Plaintiff in the above styled case comes now to this Honorable Court and files his appeal of the dismissal of the case.

Respectfully submitted,

*[signature]*

Russell Kaemmerling, pro se,
Reg. No. 04899-017
P. O. Box 9000
Seagoville, TX 75159-9000

PROOF OF FILING

The enclosed document "Notice of Appeal" in Cause No. 06-1389 is hereby filed on January 26, 2007. The aforementioned cause was dismissed by order of the Court on November 30, 2006. Notice was mailed to Plaintiffs postmarked 8 December, 2006. Plaintiffs were served with the Order of the Court on Decmber 14, 2006. This Notice of Appeal is timely filed in accordance with <u>Houston v. Lack</u> 487 U.S. 266 (1988) by placing it in the receptacle marked for legal mail, first class, postage prepaid. Certified as true and correct under the penalty of perjury in accordance with 28 U.S.C. §1746.

_____
Russell Kaemmerling

26 January 2007
Date