# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-5334**  **September Term, 2006**

06cv01389

**Filed On:**

Russell Kaemmerling, et al.,
    Appellants

v.

Harley G. Lappin, Director, Federal Bureau of Prisons and Alberto Gonzales, United States Attorney General,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   MAR 23 2007

CLERK

## ORDER

Upon consideration of the court's order to show cause filed February 9, 2007, appellant Russell Kaemmerling's response thereto, and the lack of any response from appellants Daniel Siler, Rodney Doggett, and Ronnie Triplett, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
Nancy G. Dunn
Deputy Clerk