# United States Court of Appeals RECEIVED
FOR THE DISTRICT OF COLUMBIA CIRCUIT

APR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Russell Kaemmerling, et al          USCA No. 07-5065

v.

Harley Lappin, et al          USDC No. 06 cv 1389 RBW

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Russell Kaemmerling, declare that I am the
☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Dismissal of Lawsuit for failure to exhaust Administrative Remedies when no Administrative Remedy exists under which the Bureau of Prisons could grant Relief.

Signature _Russell Kaemmerling_

Name of *Pro Se* Litigant (PRINT) Russell Kaemmerling #04899-017

Address P.O. Box 9000
Seagoville TX 75159

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

**Affidavit Accompanying Motion for Leave
to Proceed on Appeal in Forma Pauperis**

United States Court of Appeals for the
District of Columbia Circuit

Russell Kaemmerling, et al

Case No. 07-5065

v.

Harley Lappin, et al

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /s/ Russell Kaemmerling

Date: 13 April 2007

**My issues on appeal are:**

Dismissal of Lawsuit for Failure to exhaust Administrative Remedies when no Administrative Remedy exists under which The Bureau of Prisons could grant Relief.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 28 | $ | $ 28 | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ 15 | $ | $ 15 | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ N/A | $ | $ N/A |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $ 43 | $ | $ 43 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Bureau of Prisons | Seagouille TX | May, 2001 To Present | $ 28 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 6

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)    Other real estate (Value)    Motor vehicle # 1 ____/____ (Value)
N/A             N/A                           Make & year: N/A
                                              Model: N/A
                                              Registration #._____

Motor vehicle #2 ____/____ (Value)    Other Assets (Value)    Other Assets (Value)
Make & year                            N/A                     N/A
Model N/A
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or         Amount owed          Amount owed to
your spouse money           to you               your spouse
N/A                         N/A                  N/A

7. State the persons who rely on you or your spouse for support.

Name            Relationship        Age
N/A             N/A                 ____

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
|     Are real-estate taxes included? | [ ] Yes  [ ] No | |
|     Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and (telephone)) | $ 15 | $ |
| Home maintenance (repairs and upkeep) | $_____ | $ |
| Food / Personal Hygiene | $ 15 | $ |
| Clothing | $_____ | $ |
| Laundry and dry-cleaning | $_____ | $ |
| Medical and dental expenses | $_____ | $ |
| Transportation (not including motor vehicle payments) | $_____ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $_____ | $ |
|   Homeowner's or renter's | $_____ | $ |
|   Life | $_____ | $ N/A |
|   Health | $_____ | $ |
|   Motor Vehicle | $_____ | $ |
|   Other: _____ | $_____ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | | |
| Installment payments | $_____ | $ |
|   Motor Vehicle | $_____ | $ |
|   Credit card (name): _____ | $_____ | $ |
|   Department store (name): _____ | | |
|   Other: _____ | $_____ | $ |
| Alimony, maintenance, and support paid to others | $_____ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $ |
| Other (specify): Postage, Copies, Typewriter Ribbons, | $ 12 | $ |
| Total monthly expenses: | $ 42 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes    [X] No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $ _N/A_

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes    [X] No

If yes, how much? $ _N/A_

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
    I am an inmate with no outside income.

13. State the address of your legal residence.
    Reg. No. 04899-017
    P.O. Box 9000
    Seagoville TX 75159

Your daytime phone number: (___) N/A
Your age: 58    Your years of schooling: Master's Degree
Your social-security number: 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



# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 04899017 | **Current Institution:** | Seagoville FCI |
| **Inmate Name:** | KAEMMERLING, RUSSELL | **Housing Unit:** | SEA-G |
| **Report Date:** | 04/15/2007 | **Living Quarters:** | G01-461L |
| **Report Time:** | 1:33:47 PM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6303 |
| PAC #: | 960214634 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/16/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/12/2007 7:14:42 PM |
| Account Status: | Active |
| Phone Balance: | $3.27 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $6.07 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $6.07 |
| National 6 Months Deposits: | $266.77 |
| National 6 Months Withdrawals: | $351.88 |
| National 6 Months Avg Daily Balance: | $26.83 |
| Local Max. Balance - Prev. 30 Days: | $28.17 |
| Average Balance - Prev. 30 Days: | $10.19 |

## Commissary History

### Purchases

Validation Period Purchases: $17.90
YTD Purchases: $259.69
Last Sales Date: 4/12/2007 7:14:42 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $17.90
Remaining Spending Limit: $272.10

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

**United States Court of Appeals**
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 07-5065

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Russell Kaemmerling, Fed. Reg. #04899-017, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the enclosed Motion to Proceed In Forma Pauperis was mailed first class mail, postage prepaid to the U.S. Court of Appeals for the DC Circuit addressed as appears below. Certified as true and correct under the penalty of perjury in accordance with 28 U.S.C. § 1746.

Russell Kaemmerling

23 April 2007

U.S. Court of Appeals for DC Circuit
333 Constitution Ave NW
Room 5423
Washington DC 20001