# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5334**  **September Term, 2006**

06cv01389

FILED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On: March 23, 2007 [1030503]

Russell Kaemmerling, et al.,
    Appellants

v.

Harley G. Lappin, Director, Federal Bureau of Prisons and Alberto Gonzales, United States Attorney General,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/10/07
BY: [signature] Deputy Clerk
ATTACHED:
___ Amending Order
___ Opinion
___ Order on Costs

### ORDER

Upon consideration of the court's order to show cause filed February 9, 2007, appellant Russell Kaemmerling's response thereto, and the lack of any response from appellants Daniel Siler, Rodney Doggett, and Ronnie Triplett, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that this case be dismissed.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:

        Nancy G. Dunn
        Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk