# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA

RECEIVED
APR 2 6 2007

Kaemmerling, et al    USCA No. 07-5065

v.

Harley Lappin, et al    USDC No. 06cv1389

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Russell Kaemmerling, declare that I am the

☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Dismissal of Lawsuit for Failure to exhaust Administrative Remedies when no Administrative Remedy exists under which the Bureau of Prisons could grant Relief.

Signature _Russell Kaemmerling_
Name of Pro Se Litigant (PRINT) Russell Kaemmerling
Address Reg. No. 04899-017  P.O. Box 9000,
Seagoville, TX 75159

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001



# Affidavit Accompanying Motion for Leave
# to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Russell Kaemmerling, et al

Case No. 07-5065

v.

Harley Lappin, et al

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress.
I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: Russell Kaemmerling    Date: 13 April 2007

---

**My issues on appeal are:**

Dismissal of lawsuit for failure to exhaust administrative remedies when no administrative remedy exists under which the Bureau of Prisons could grant relief.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $28 | $ / | $28 | $ / |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $15 | $ | $15 | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ N/A |
| Disability (such as social security, insurance payments) | $ | $ N/A | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| Total monthly income: | $43 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Bureau of Prisons | Seagoville TX | May, 2001 to Present | $28 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 6

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| N/A | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 ___/___ (Value) Make & year: N/A Model: N/A Registration #. |
|---|---|---|
| N/A | N/A | |

| Motor vehicle #2 ___/___ (Value) Make & year Model N/A Registration #: | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ | $_____ |
| Are real-estate taxes included? | [ ] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and (telephone)) | $ 15 | $ |
| Home maintenance (repairs and upkeep) | $_____ | $ |
| Food / Personal Hygiene | $ 15 | $ |
| Clothing | $_____ | $ |
| Laundry and dry-cleaning | $_____ | $ |
| Medical and dental expenses | $_____ | $ |
| Transportation (not including motor vehicle payments) | $_____ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $_____ | $ |
| Life | $_____ | $ |
| Health | $_____ | $ |
| Motor Vehicle | $_____ | $ |
| Other: _____ | $_____ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $_____ | N/A |
| Installment payments | | $ |
| Motor Vehicle | $_____ | $ |
| Credit card (name): _____ | $_____ | $ |
| Department store (name): _____ | $_____ | $ |
| Other: _____ | $_____ | $ |
| Alimony, maintenance, and support paid to others | $_____ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $_____ | $ |
| Other (specify): Postage, Copies, Typewriter Ribbons | $ 12 | $ |
| Total monthly expenses: | $ 42 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes  [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $ __N/A__

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes  [X] No

If yes, how much? $ __N/A__

If yes, state the person's name, address, and telephone number:

_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I Am An INMATE with no outside income.

13. State the address of your legal residence.

Reg. No. 04899-017
P.O. Box 9000
Seagoville TX 75159

Your daytime phone number: (___) N/A
Your age: 58   Your years of schooling: Master's Degree
Your social-security number: 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

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 04899017 | Current Institution: | Seagoville FCI |
| Inmate Name: | KAEMMERLING, RUSSELL | Housing Unit: | SEA-G |
| Report Date: | 04/15/2007 | Living Quarters: | G01-461L |
| Report Time: | 1:33:47 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6303 |
| PAC #: | 960214634 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 5/16/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 4/12/2007 7:14:42 PM |
| Account Status: | Active |
| Phone Balance: | $3.27 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $6.07 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $6.07 |
| National 6 Months Deposits: | $266.77 |
| National 6 Months Withdrawals: | $351.88 |
| National 6 Months Avg Daily Balance: | $26.83 |
| Local Max. Balance - Prev. 30 Days: | $28.17 |
| Average Balance - Prev. 30 Days: | $10.19 |

## Commissary History

### Purchases

Validation Period Purchases: $17.90
YTD Purchases: $259.69
Last Sales Date: 4/12/2007 7:14:42 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $17.90
Remaining Spending Limit: $272.10

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

Received
Mail Room

APR 25 2007

United States Courts of Appeals
District of Columbia Circuit

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the enclosed Motion to Proceed In Forma Pauperis was mailed first class mail, postage prepaid to the United States District Court for the District of Columbia, 333 Constitution Ave NW, E Barrett Prettyman U.S. Courthouse, Washington, DC 20001. Certified as true and correct under the penalty of perjury in accordance with 28 U.S.C. §1746.

*/s/ Russell Kaemmerling*
Russell Kaemmerling

23 April 2007