UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUSSELL KAEMMERLING, et. al, ) ) ) Plaintiffs, ) ) v. ) ) HARLEY LAPPIN, DIRECTOR OF ) FEDERAL BUREAU OF PRISIONS, ) et. al ) ) Defendants. ) ) | Case No: 06-1389 (RBW) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendants notify the Court and Plaintiffs, *Pro se*, of the entry of appearance of Assistant United States Attorney Oliver W. McDaniel in place of Assistant United States Attorney Andrea McBarnette, who is withdrawing her appearance, as lead counsel for the Defendant in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NUMBER 498-610

By:    /s/
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I certify, on this 6th day of February, 2008, that the foregoing Notice of Substitution of Counsel was served upon Plaintiffs, *Pro se*, by the Electronic Court Filing system, to the extent that they have access, and by first-class mail, postage prepaid, addressed to:

Russell Kaemmerling, #04899-017
FCI SEA  P.O. Box 9000
SEAGOVILLE, TX 75159-9000

Rodney S. Doggett, #83059-080
FCI  LA TUNA, P.O. BOX 3000
ANTHONY, NM  88021-9897

Brian Culwell #66552-079
FCI  BASTROP, P.O. BOX 1010
BASTROP, TX  78602-1010

Ronnie G. Triplett #15692-064
FCI SEA  P.O. Box 9000
SEAGOVILLE, Texas 75159-9000

                                 /s/
                                 OLIVER W. McDANIEL
                                 Assistant United States Attorney
                                 Civil Division
                                 555 4th Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 616-0739